SAMUEL N. CARVER and SUSAN Q.     )
CARVER,                           )
                                )
     Plaintiffs                )
                                )
     V                       )          **ORDER**
                                )
THE PHOENIX INSURANCE COMPANY )
d/b/a Travelers,               )
                                )
     Defendant              )

**THIS MATTER** is before the Court pursuant to a motion filed by counsel for Plaintiffs entitled "Motion for Stay of Fed.R.Civ.P.26(f) Initial Attorney's Conference" (#11). From the motion, it appears that Plaintiffs have filed a Motion to Remand and desire that the parties not be required to conduct the Initial Attorney's Conference until after the Motion to Remand has been determined by the District Court. The Defendant does not oppose the granting of the motion. The undersigned has determined that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Motion for Stay of Fed.R.Civ.P.26(f) Initial Attorney's Conference" (#11) is **ALLOWED** and the parties will not be required to conduct an Initial Attorney's Conference in this matter until the District Court rules on the Motion to Remand. If the Motion to Remand is denied,

then the parties shall conduct the Initial Attorney's Conference no later than **14 days** from the date of the decision of the District Court.

Signed: October 12, 2011

Dennis L. Howell
United States Magistrate Judge