# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 203

| | |
|---|---|
| SAMUEL N. CARVER and SUSAN Q. CARVER, ) ) ) Plaintiffs ) ) V ) ) THE PHOENIX INSURANCE COMPANY ) d/b/a Travelers, ) ) Defendant ) | **ORDER** |

**THIS MATTER** is before the court upon the motion of Eric J. Morrison to practice in this Court as a special admission as set forth under Local Rule LCvR 83.1(D)(2). In the motion, Mr. Morrison states:

> Your proposed admittee requests special admission to this Court without present association of local counsel. At present, C. Caleb Decker, Attorney for Plaintiff, has not been admitted and sworn in to practice in the Western District of North Carolina. Mr. Decker is presently attempting to become admitted to practice in the Western District of North Carolina and upon Mr. Decker's admission, your proposed admittee will work as his co-counsel on behalf of the Plaintiffs.

The undersigned has examined the records of the Court and has found that Mr. Decker was admitted to practice in this Court on October 3, 2011. It appears from the motion that Mr. Morrison is a member in good standing with the Tennessee Bar and will be appearing with Mr. Decker, a member in good standing with the Bar of this court. It further appears that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided. As a result, the Court will not allow Mr. Morrison to be admitted as special admission but will allow him

to be admitted as a *pro hac vice* admission as provided under LCvR 83.1(D)(1) and will enter the following order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Eric J. Morrison's application for admission to practice as a special admission (#8) is **DENIED** in part and **GRANTED** in part. Mr. Morrison will not be allowed to practice in this Court as a special admission as provided under LCvR 83.1(D)(2) but will be allowed to practice in this Court as a *pro hac vice* admission as provided under LCvR 83.1(D)(1). Mr. Morrison must appear with Mr. Decker or some other associated local counsel who is admitted in this Court and he must be accompanied by such local counsel at all hearings unless otherwise permitted by the Court.

Signed: October 12, 2011

Dennis L. Howell
United States Magistrate Judge